**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

ALAN RICHARD HALL,

    Plaintiff,

v.

BRIAN ADAMS,

    Defendants.

CIVIL ACTION NO.: 6:20-cv-2

**O R D E R**

This matter comes before the Court on Plaintiff's Request to Dismiss Complaint, which was docketed as a Motion to Dismiss. (Doc. 6.) Plaintiff asserts he has been granted a portion of his requested relief since he originally filed his Complaint and would like to dismiss his Complaint. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court approves Plaintiff's Request, **GRANTS** the construed Motion to Dismiss, **DENIES as moot** Plaintiff's Motions for Leave to Proceed *in Forma Pauperis*, and **DISMISSES** Plaintiff's Complaint **without prejudice**. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA